**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| JANE DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PURDUE UNIVERSITY, MITCHELL ELIAS )<br>DANIELS, ALYSA CHRISTMAS ROLLOCK, )<br>KATHERINE L. SERMERSHEIM, MONICA )<br>BLOOM, ERIN OLIVER, and JACOB )<br>AMBERGER, )<br>)<br>Defendants. ) | CASE NO.: 4:17-CV-94-JVB-JEM |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Jane Doe and Defendants Purdue University, Mitchell Elias Daniels, Alysa Christmas Rollock, Katherine L. Sermersheim, Monica Bloom, Erin Oliver, and Jacob Amberger (collectively, the "Parties"), hereby file this Joint Motion to Dismiss with Prejudice, and request that this Court dismiss all of the Plaintiff's claims against the Defendants with prejudice. In support of this motion, the Parties state that they have entered into a voluntary, private settlement agreement that fully and finally resolves all claims, including all claims that were asserted or could have been asserted, in this case. Therefore, the matters in dispute between Plaintiff and Defendants have been fully and finally resolved. The Parties agree that each side will bear its own fees and costs.

WHEREFORE, the Parties request that this Court enter an order dismissing the above-captioned cause with prejudice.

Respectfully submitted,

Date: 01/31/2019

| | |
|---|---|
| s/ Andrew J. Spica_____ | s/ William P. Kealey_____ |
| Andrew J. Spica (#32157-64) | William P. Kealey (#18973-79) |
| Attorney for Plaintiff | Attorney for Defendants |
| Vouga & Barnes, LLC | Stuart & Branigin LLP |
| 3363 Willowcreek Road | 300 Main Street, Suite 900 |
| Portage, IN 46368 | P.O. Box 1010 |
| Email: aspica@vougalawfirm.com | Email: wpk@stuartlaw.com |
| Phone: (219) 763-0754 | Phone: (765) 423-1561 |

## CERTIFICATE OF SERVICE

    I certify that on the 31st day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    William P. Kealey
    Stuart & Branigin, LLP
    300 Main Street, Suite 900
    P.O. Box 1010
    Lafayette, IN 47902

                                                                         s/ Andrew J. Spica_____
                                                                         Andrew J. Spica